# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HANWHA GENERAL INS. CO., LTD., | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. H-14-305 |
| NORTHERN & WESTERN INSURANCE CO., LTD., *et al.*, | | |
| Defendants. | | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On October 3, 2014, the Eastern Caribbean Supreme Court placed defendant Northern & Western Insurance Company, Ltd. ("Northern & Western") into provisional liquidation. *See In re Northern & Western Ins. Co., Ltd.*, No. NEVHCV 2014/96 (in the Eastern Caribbean Supreme Court, Nevis Circuit (Civil)) (Docket Entry No. 36, Ex. A). The Eastern Caribbean Supreme Court appointed two provisional liquidators to "investigate [Northern & Western's] affairs" and "preserve the value of [Northern & Western's] assets pending the hearing of its petition to be wound up by the Court." (Docket Entry No. 36, Ex. A). The Court also ordered that "[n]o suit, action or other proceeding be commenced or continued against the Applicant except with the leave of the Court and subject to such terms as the Court may impose." (*Id.*).

The parties have filed a joint motion to stay this case pending further order from the Eastern Caribbean Supreme Court, (Docket Entry No. 36). That motion is granted. This matter is stayed and administratively closed pending further order from the Eastern Caribbean Supreme Court. Northern & Western must notify the parties and this court, in writing, no later than 7 days after the Eastern Caribbean Supreme Court issues any such order. **By March 2, 2015**, Northern & Western

must file a written report on the status of the proceedings before the Eastern Caribbean Supreme Court. The parties may ask the court to lift the stay and have the case reinstated to the active docket of this court by motion filed no later than 14 days after the Eastern Caribbean Supreme Court issues an order permitting such a result. In the interim, all pending motions are denied without prejudice, subject to refiling if appropriate when the bankruptcy is resolved and the stay is lifted.

SIGNED on December 9, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge